**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp; and
CONNIE KEMP, individually,

      Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity;
RALPH C. TURANO, Legal Training Attorney for the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State Patrol, in his/her individual capacity,

      Defendants.

___

**ORDER**
___

Upon Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant Dunlap's Motion to Dismiss (Doc 24 - filed August 1, 2011), wherein Plaintiff requests that Defendants' Motion to Dismiss (Docs 18 and 21) should be denied as moot based on Plaintiffs' filing of their Amended Complaint (Doc 22).

Defendants therefore have **up to and including August 17, 2011** to show cause why the Motions to Dismiss should not be denied as moot.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   August 3, 2011