**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp;
and
CONNIE KEMP, individually,

      Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity;
RALPH C. TURANO, Legal Training Attorney for the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State Patrol, in his/her individual capacity,

      Defendants.
_____

**ORDER**
_____

Upon the Stipulation Regarding Pending Motions to Dismiss and Schedule for Defendants to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint (Doc 32 - filed August 8, 2011) and upon review of the file, it is

ORDERED as follows:

1. Defendants Motions to Dismiss (Docs 18 and 21) are DENIED AS MOOT.

2, The Order to Show Cause (Doc 28) is DISCHARGED.

3. Defendants have **up to and including August 19, 2011** to file an answer or otherwise respond to Plaintiffs' First Amended Complaint.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   August 9, 2011