**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-01368-LTB-KMT | FTR - Courtroom C-201 |
| **Date:** August 30, 2011 | Deputy Clerk, Nick Richards |
| KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp, and CONNIE KEMP, individually, | Rebecca Teitelbaum Wallace Paul G. Karlsgodt Nathan A. Schacht Erica Gann Kitaev |
| Plaintiffs, | |
| v. | |
| IVAN LAWYER, a Trooper fo the Colorado State Patrol, in his individual capacity, KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity, CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity, RALPH C. TURANO, Legal Training Attorney for the Colorado State Patrol, in his individual capacity, and JOHN DOE, employee of the Colorado State Patrol, in his/her individual capacity, | Cathy Havener Greer Bernard Roland Woessner Rachel Ann Morris Michael Turner Lowe Skippere Stewart Spear Jack M. Wesoky |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**SCHEDULING CONFERENCE
Court in Session: 9:50 a.m.**
Court calls the case. Appearances of counsel.

The Court hears discussion on Defendant Chad Dunlap's Motion for a Protective Order and to Stay Discovery Pursuant to Fed.R.Civ.P. 26(C)(1) [Doc. No. 38, filed August 15, 2011], Defendant Ralph C. Turano's Motion for a Protective Order and to Stay Discovery Pursuant to Fed.R.Civ.P. 26(C)(1) [Doc. No. 40, filed August 16, 2011], and Defendant Firko's Motion to Stay Proceedings [Doc. No. 50, filed August 26, 2011].

It is **ORDERED**:    Defendant Dunlap's Motion for a Protective Order and to Stay Discovery [38] and Defendant Turano's Motion for a Protective

|  |  |
|---|---|
|  | Order and to Stay Discovery [40] are **GRANTED** in full.  Discovery is stayed as to all four defendants at this time, with the exception of the John Doe defendants, pending ruling from Senior District Judge Lewis T. Babcock on the outstanding Motions to Dismiss with regard to defendant Dunlap and defendant Turano. |
| It is **ORDERED**: | Defendant Firko's Motion to Stay Proceedings [50] is **DENIED** as moot without prejudice. |
| It is **ORDERED**: | No Scheduling Order shall be entered in this matter at this time.  Defendant Dunlap and defendant Turano are to file either a Joint Status Report or separate Status Reports 5 days after ruling from Senior District Judge Babcock regarding the status of the criminal proceedings against defendant Firko and defendant Lawyer. |

**Court in recess: 10:14 a.m.**
Total In-Court Time:   00:24         Hearing concluded.


*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.