IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp; and
CONNIE KEMP, individually,

      Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity;
JOHN DOE, employee of the Colorado State patrol, in his/her individual capacity,

      Defendants.

_____

ORDER
_____

Upon Defendant Lawyer's Joinder in Defendant Firko's Second Motion to Stay Proceedings [Document #88] (Doc 90 - filed March 5, 2012), and with representation that Plaintiffs do not objection to the motion, it is

ORDERED that Defendant Lawyer's Motion is GRANTED.  All proceedings in this civil matter are STAYED as to Defendant Lawyer.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  LEWIS T. BABCOCK, JUDGE

DATED: March 6, 2012