IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01368–LTB–KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp, and CONNIE KEMP, individually,

    Plaintiffs,

v.

IVAN LAWYER, a Trooper fo the Colorado State Patrol, in his individual capacity,
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity,
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity, and
JOHN DOE, employee of the Colorado State Patrol, in his/her individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the "Stipulated Motion for Protective Order Between Plaintiff and Defendant Chad Dunlap." (Doc. No. 98, filed Mar. 28, 2012.) The Motion is DENIED and the proposed Protective Order is REFUSED. Plaintiffs and Defendant Dunlap are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection." *Gillard*, 196 F.R.D. at 386. The proposed Protective Order does not comply with this requirement established in *Gillard*.

Therefore, it is ORDERED that the Motion for Protective Order (Doc. No. 98) is DENIED without prejudice, and the proposed Protective Order is REFUSED.

Dated: March 29, 2012