IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp;
and
CONNIE KEMP, individually,

      Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State patrol, in his/her individual capacity,

      Defendants.

_____

SUPPLEMENTAL ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Kathleen M. Tafoya** is designated to conduct proceedings in this civil action as follows:

(**X**)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on Plaintiff's Response to Defendant Lawyer's May 7, 2012 Status Report, Request for Clarification Regarding Stay of Discovery and Reuqest for Immediate Status Conference (Doc 112 - filed May 10, 2012).

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE

DATED: May 11, 2012