IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-01368-LTB-KMT


KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp;
   and
CONNIE KEMP, individually,

              Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State Patrol, in his/her individual capacity,

              Defendants.
_____

ORDER
_____

        As further set forth on the record at the status/scheduling hearing on June 26, 2012, IT IS

HEREBY ORDERED as follows:

        1.  The stays of proceeding previously entered in this matter – for Defendant Kirk Firko

on March 5, 2012 [Doc # 89] and Defendant Ivan Lawyer on March 6, 2012 [Doc #91] – are

VACATED; and

        2.  A further status/scheduling conference is set for **Thursday, November 29, 2012 at

9:00 am.**  The parties shall file, on or before November 26, 2012, status reports in preparation of

that conference.

Dated: June ___26___, 2012 in Denver, Colorado.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, JUDGE