IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp;
   and
CONNIE KEMP, individually,

      Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State Patrol, in his/her individual capacity,

      Defendants.

_____

ORDER
_____

Upon Plaintiffs' and Defendants' Joint Motion to Modify the Amended Scheduling Order (Doc 138 - filed August 30, 2012), it is

ORDERED that the Motion is GRANTED as follows:

| Current Deadlines | Proposed Modified Deadlines |
|---|---|
| Expert Designations Due: September 17, 2012 | November 1, 2012 |
| Designation of Rebuttal Experts Due: October 16, 2012 | November 30, 2012 |
| Deadline to Serve Written Discovery: October 19, 2012 | December 3, 2012 |
| Discovery Cutoff: November 30, 2012 | January 14, 2013 |

Dispositive Motion Deadline: January 14, 2013          February 28, 2013

                                              BY THE COURT:


                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE

DATED: August 31, 2012