**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp; and
CONNIE KEMP, individually,

      Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State patrol, in his/her individual capacity,

      Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Unopposed Motion to Modify the Amended Scheduling Order to Extend the Deadline for Joinder of Parties and Amendment of Pleadings (Doc 140 - filed September 18, 2012) is **GRANTED up to and including November 2, 2012**.

Dated:  September 19, 2012

---