**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp;
and
CONNIE KEMP, individually,

      Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State patrol, in his/her individual capacity,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Joint Motion to Modify the Amended Scheduling Order (Doc 142 - filed November 1, 2012) is **GRANTED**.  The following deadlines are extended as indicated:

| Current Deadlines | Modified Deadlines |
|---|---|
| Deadline for Joinder of Parties/Amendment of Pleadings: November 2, 2012 | December 3, 2012 |
| Expert Designations due: November 1, 2012 | December 17, 2012 |
| Designation of Rebuttal Experts Due: November 30, 2012 | January 18, 2013 |
| Deadline to Serve Written Discovery: December 3, 2012 | January 21, 2013 |
| Discovery Cutoff: January 14, 2013 | March 1, 2013 |
| Disposition Motion Deadline: February 28, 2013 | April 15, 2013 |

Dated:  November 2, 2012
_____