# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-1368 LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp, and

CONNIE KEMP, individually,

        Plaintiffs,

v.

IVAN LAWYER, an officer of the Colorado State Patrol, in his individual capacity,

KIRK FIRKO, an officer of the Colorado State Patrol, in his individual capacity;

CHAD DUNLAP, an officer of the Colorado State Patrol, in his individual capacity; and

JOHN DOES 1 – 10, officers and officials of the Colorado State Patrol, in their individual capacities.

        Defendants.

---

## JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

---

        Plaintiffs Keith Kemp, individually and as personal representative of the Estate of Jason Kemp, and Connie Kemp ("Plaintiffs"), and Defendants Chad Dunlap, Ivan Lawyer and Kirk Firko ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

        1.      The Parties have fully settled all claims and issues between and among them.

        2.      Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties request and stipulate that all claims alleged by Plaintiffs against Defendants be dismissed with prejudice, with each party to pay his, her or its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that the Court enter an Order adopting this Stipulation as an Order of the Court, and dismiss the above-titled Civil Action No. 11-cv-1368 LTB-KMT with prejudice.

**Signature page follows.**

Dated this 17th day of January, 2013

JOHN W. SUTHERS
Attorney General


*/s/ Skippere Spear*
Skippere Spear
Skip.spear@state.co.us
Senior Assistant Attorney General
Tort Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Tel: 303.866.5037

*Attorneys for Defendant Chad Dunlap*

WELLS ANDERSON & RACE, LLC

*/s/ Cathy Havener Greer*
Cathy Havener Greer, Esq.
William T. O'Connell III, Esq.
cgreer@warllc.com
woconnell@warllc.com
1700 Broadway
Suite 1020
Denver, CO 80290
Tel: 303.830.1212

*Attorneys for Defendant Ivan Lawyer*


WOOD, RIS & HAMES P.C.

*/s/ Rachel Ann Morris*
Rachel Ann Morris
rmorris@wrhlaw.com
Wood, Ris & Hames P.C.
1775 Sherman Street, Suite 1600
Denver, CO 80203
Tel: 303.863.7700
Fax: 303.830.8772

*Attorneys for Defendant Kirk Firko*

BAKER & HOSTETLER LLP


*/s/ Nathan A. Schacht*
Paul G. Karlsgodt
Paul S. Enockson
Erica Gann Kitaev
Nathan A. Schacht
303 East 17th Avenue, Suite 1100
Denver, Colorado 80203-1264
Tel: 303.861.0600
Fax: 303.861.7805

*In cooperation with the ACLU Foundation of Colorado*

Mark Silverstein
Rebecca T. Wallace
American Civil Liberties Union
Foundation of Colorado
303 E. 17th Avenue, Suite 350
Denver, Colorado 80203
Tel: 303.777.5482
Fax: 303.777.1773

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** was served via the Court's ECF on this 17th day of January, 2013, addressed to the following:

Cathy Havener Greer, Esq.
William T. O'Connell III, Esq.
cgreer@warllc.com
woconnell@warllc.com
Wells Anderson & Race, LLC
1700 Broadway
Suite 1020
Denver, CO  80290

Michael T. Lowe, Esq.
mlowe@bcjlpc.com
Bruno Colin Jewell & Lowe
1999 Broadway
Suite 3100
Denver, CO  80202

Bernard R. Woessner, Esq.
bwoessner@nbdmlaw.com
Nathan Bremer Dumm & Myers, PC
3900 E. Mexico
Suite 1000
Denver, CO  80210

Rachel Ann Morris
rmorris@wrhlaw.com
Wood, Ris & Hames P.C.
1775 Sherman Street, Suite 1600
Denver, CO 80203

Skippere S. Spear
Skip.spear@state.co.us
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203

*/s/ Nathan A. Schacht*