IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-01368-LTB-KMT

KEITH KEMP, individually and as personal representative of the Estate of Jason Kemp;
     and
CONNIE KEMP, individually,

        Plaintiffs,

v.

IVAN LAWYER, a Trooper of the Colorado State Patrol, in his individual capacity;
KIRK FIRKO, a Corporal of the Colorado State Patrol, in his individual capacity;
CHAD DUNLAP, a Sergeant of the Colorado State Patrol, in his individual capacity; and
JOHN DOE, employee of the Colorado State Patrol, in his/her individual capacity,

        Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal of Action With Prejudice (Doc 148 - filed January 17, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:


          s/Lewis T. Babcock
        LEWIS T. BABCOCK, JUDGE

DATED: January 22, 2013